CORRECTED

# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 13-55156, 13-55157, 13-55226, 13-55228 |
| Case Title | Fox Television Stations, Inc., et al v. Filmon X, LLC, et al |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | 8-27-2013 | Time | 9:00 AM | Courtroom | 3 |

| | |
|---|---|
| Location | U.S. Court of Appeals Bldg., 125 S. Grand Avenue, Pasadena, California 91105 |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Robert Alan Garrett, Esq. |
| Address | Arnold & Porter<br>555 Twelfth Street, NW |

| | | | | | |
|---|---|---|---|---|---|
| City | Washington | State | DC | Zip Code | 20004 |
| Phone | 202-942-5444 | Email Address | Robert.Garrett@aporter.com | | |

| | |
|---|---|
| Party/parties represented | PLEASE SEE ATTACHED LIST OF REPRESENTED PARTIES |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

(●) I certify that I am admitted to practice before this Court.

( ) I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Robert Alan Garrett, Esq. | Date | 07-09-13 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250

## ATTACHED LIST OF REPRESENTED PLAINTIFF PARTIES:

NBC Universal Media, LLC; Universal Network Television, LLC; Open 4 Business Productions LLC; NBC Subsidiary (KNBC-TV); Telemundo Network Group LLC; WNJU-TV Broadcasting LLC; American Broadcasting Companies, Inc,; ABC Holding Company, Inc,; Disney Enterprises, Inc.; CBS Broadcasting Inc.; CBS Studios Inc.; and Big Ticket Television, Inc.